**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROBERT T. WALKER , | Case No. 2:13-cv-0694-APG-VCF |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CCSI FLETCHER, *et al.*, | |
| Defendants. | |

Pursuant to the Stipulation and Order of Dismissal regarding Count IV (Dkt. ## 13, 14) and the Notice of Resolution (Dkt. #15), all claims asserted in this litigation have been resolved. Accordingly, Judgment is hereby entered in favor of Defendants on all of Plaintiff's claims.

**IT IS HEREBY ORDERED** that the above-entitled action is DISMISSED with prejudice.

Dated:  November 7, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE